PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-00153 |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT |
| v. | |
| AARON AXEL DEASON, | |
| Defendant. | |

    Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the criminal complaint in this case. The interests of justice, at this time, would best be served by having the court dismiss the complaint and recalling the related arrest warrant for the defendant.

Dated: February 27, 2017                       PHILLIP A. TALBERT
                                              United States Attorney

                                        By: /s/ DAVID L. GAPPA
                                               DAVID L. GAPPA
                                               Assistant United States Attorney

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:14-MJ-00153 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER ON MOTION TO DISMISS |
| | ) | COMPLAINT |
| AARON AXEL DEASON, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

<u>ORDER</u>

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the complaint in the above-captioned action against the defendant.

It is hereby ORDERED that the complaint is dismissed, and the related arrest warrant is recalled.

IT IS SO ORDERED.

Dated:   **March 1, 2017**            /s/ *Barbara A. McAuliffe*        
                                                        UNITED STATES MAGISTRATE JUDGE